**FILED**

03/16/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0433

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0433

_____

IN THE PARENTING OF:

T.J.E.,

    A Minor Child,

RACHEL RENE ERICKSON,

    Petitioner and Appellant,

and

TRAVIS JOHN ERICKSON,

    Respondent and Appellee.

_____

**FILED**

MAR 1 6 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

    Appellant has filed a motion for extension of time to file her opening brief in the referenced matter.

    IT IS ORDERED that the motion for extension is GRANTED. Appellant shall have until April 13, 2021, within which to file her opening brief.

    No further extensions will be granted.

    The Clerk is directed to provide a copy of this Order to all parties of record.

    DATED this 16th day of March, 2021.

        For the Court,

                _____
                       Chief Justice